NO Fee/NO IFP
IBS1 Cat 3

# UNITED STATES DISTRICT COURT
для the
Western District of Pennsylvania

CIVIL Division

Case No. 1:25-CV-127
(to be filled in by the Clerk's Office)

William Plummer
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

DR. LISA BAIRD, NURSE ROSSMAN
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

RECEIVED
MAY 19 2025
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: William Plummer
All other names by which you have been known:
ID Number: LZ 2255
Current Institution: SCI ALBION
Address: 10745 Route 18
ALBION, PA 16475
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Dr. Lisa Baird
Job or Title *(if known)*: Doctor
Shield Number:
Employer: WELLPATH
Address: 10745 Route 18
ALBION, PA 16475
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: ROSSMAN
Job or Title *(if known)*: NURSE
Shield Number:
Employer: WELLPATH
Address: 10745 Route 18
ALBION, PA 16475
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Page 2

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ _____ _____
  City              State             Zip Code
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ _____ _____
  City              State             Zip Code
  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

PLUMMER'S EIGHTH AMENDMENT RIGHTS TO THE U.S. CONSTITUTION WAS & STILL IS BEING VIOLATED.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. THE DEFENDANTS ARE EMPLOYEES OF WELLPATH, WHO'S CONTRACTED BY THE D.O.C TO PROVIDE HEALTH SERVICES TO IT'S PRISONERS.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. BOTH EVENTS OCCURRED AT SCI ALBION, MEDICAL DEPT. ON 11-21-2024, AND 12-17-2024.

C. What date and approximate time did the events giving rise to your claim(s) occur?

THE DATES WHERE THE EVENTS GIVING RISE TO PLUMMER'S CLAIMS OCCURRED ON 11-21-24, AND 12-17-2024.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE CLAIMS ON PAGE 6 & 7, ATTACHED.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEE INJURY ON PAGE 7, ATTACHED.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

SEE RELIEF ON PAGE 8, ATTACHED

Claim 1.: Mr. Plummer suffers from "nerve root compression" at his L3 L4, which causes Mr. Plummer to suffer from severe lower back pain, weakness/numbness/tingling in his lower extremities and difficulty/abnormalties walking to where Mr. Plummer has become wheelchair dependant due to Mr. Plummer's serious medical needs not being adequately addressed.

On 11/21/2024, Mr. Plummer met with Dr. Lisa Baird after Plummer submitted a sick call slip to acquirer about Physical Therapist Infrate's (herein after P.T. Infrate)10/30/2024, recommendation. (P.T. Infrate is an out-side Physical Therapist who goes to all Pennsylvania's Dept. of Corrections facilities in northwest Pennsylvania) After evaluating Mr. Plummer, P.T. Infrate' placed in his "Findings & Recommendations" report in the **Objective section**: *Mr. Plummer's Mobility/Strength/Ability has declined,* and in the **Assessment section** of his report he wrote: *no improvement, ataxic gait, difficult walking and that previous MRI reveals nerve root compression,* then in the **Plan section** of his report he wrote that because of the above mentioned that he is: *Discontinuing Physical therapy @ this time and that he recommend Neurosurgery.* P.T. Infrate told Mr. Plummer that his "finding & Recommendation" report will be given to Dr. Baird to place the consult for Mr. Plummer to see the surgeon that he recommended.

On 11/21/2024, Dr. Lisa Baird, who is the doctor here at SCI Albion, told Mr. Plummer that she did not place the consult for Mr. Plummer to see the recommended surgeon and that she was not going to place the consult ( The consult is a collegial review system for specialist treatment and surgery). Mr. Plummer then asked why would she not place the consult for him to be seen by the neurosurgeon as recommended by the Physical Therapist if the physical therapy was ineffective & that Mr. Plummer's physical health declined and therefore physical therapy was discontinued. Dr. Baird became angry and sent Mr. Plummer out of her office and back to his cell. Dr. Baird was deliberate indifference towards Plummers medical needs

when she had knowledge of Plummer's serious medical needs but denied Mr. Plummer access to the recommended medical personnel with the necessary specialized expertise to address Plummer's medical needs by Dr. Baird not placing a consult in for Plummer to see the recommended surgeon, violating Mr. Plummer's Eighth Amendment Right to the United States Constitution. Plummer would like to bring to the courts attention that on 7/26/2022, while at SCI Coal Twp, in Coal Twp, Pa. Mr. Plummer's treating physician Dr. Benjimin Robinson also, requested/recommended that Plummer see a surgeon to address Plummer's "Nerve Root Compression" which was denied on consult (a review system set in place to limit specialized treatment or surgery) on or about August 11, 2022, by Dr. Lisa Bairds boss Dr. Cowan, Wellpaths statewide medical director and Dr. Dancha, Wellpath's regional director. **See: 1:23-cv-00892.**

Defendant Dr. Baird is not specialized in Neurosurgery/Orthopedic spinal surgery, therefore Dr. Baird should not have denied Plummer access to recommended medical treatment/personnel. PLEASE SEE PHYSICAL THERAPIST LOUIE INFRATE'S 10-30-2024, FINDINGS & RECOMMENDATION REPORT AT: APPENDIX (A)

**Claim 2**

On 12/17/2024, plummer was seen by nurse Rossman here at SCI Albion, after submitting a sick call complaining that the medication that he was previously proscribed did not help at all against the severe lower back pain that he suffering from. Nurse Rossman did not prescribe any new pain meds & totally ignord Plummer's complaint by not even addressing Mr. Plummer's severe lower bvack pain. Nurse Rossman was aware of Mr. Plummer's suffering from severe chronic lower back pain. Nurse Rossman was deliberately indifference towards Mr. Plummer's serious medical needs when she knew of Plummer to suffer from severe lower back pain but failed to provide Plummer with effective pain relieving medication for Plummer, violating Mr. Plummer's Eighth amendment right.

## V. INJURY

*Claim 1.* Defendant Baird's not placing the consult in fornMr. Plummer to see a surgeon as Physical Therapist Louis Infrate recommended has caused Mr. Plummer's serious medical needs to worsen, has caused Mr. Plummer to continue to suffer severe lower back pain & may also cause Mr. Plummer a life long handicap/risk of Mr. Plummer to be wheelchair dependent for the rest of his life, and has caused Mr. Plummer to be depressed.

*Claim 2.* Defendant Nurse Rossman ignoring Plummer's complaint that Plummer is suffering from severe lower back pain and that the medication that he was prescribed in the past has been ineffective & her ignoring Plummer's complaint has caused Mr. Plummer to continue to suffer from severe lower back pain.

Mr. Plummer has been suffering drastically due to defendant's Dr. Baird & Nurse Rossman denying/ignoring the 10/30/2024, recommendation for Plummer to see a surgeon & Plummer's complaint of current meds being ineffective in treating Plummer's severe lower back pain has only infuriated Plummer's pain & suffering.

## VI. RELIEF:

*Issue Injunctive Relief:*

1.) Order that Physical Therapist Infrate's 10/30/24, recommendation for Plummer to see neurosurgery to be immediately approved & carried out.

2.) Order that Plummer be provided with effective medication to address/treat his severe lower back pain.

*Issue A Declaratory Judgment Stating:*

3.) The actions of defendant Lisa Baird violated Mr. Plummer's Eighth Amendment Right of the U.S. Constitution when she failed to carry out recommended medical treatment.

4.) The actions of defendant Nurse Rossman ignoring Plummer's complaint of Mr. Plummer suffering from severe lower back pain violated Mr. Plummer's Eighth Amendment right of the U.S Constitution.

*Award Mr. Plummer compensatory Damages in the following amount:*

5.) $2,000,000.00 against defendant Doctor Baird due the physical & emtional injuries sustained as a result of her (Dr. Baird) not placing the consult (carrying out) for Plummer to see neurosurgery as recommended by physical therapist Infrate on 10/30/24.

6.) $1,000,000.00, against defendant Nurse Rossman for the Physical & Emotional injuries resulting from Nurse Rossman's actions of ignoring Mr. Plummer's complaint of him suffering from severe lower back pain.

*Award punitive damages for defendant's above mentioned actions & to deter defendant's from such actions in the future in the amount of:*

7.) $ 500,000.00, against defendant Dr. Baird regarding Claim 1.

8.) $ 250,000.00, against Nurse Rossman regarding Claim 2 and grant such other relief that your Honorable court see's fit.

Respectfully Submitted,

William Plummer LZ 2255
SCI ALBION
10745 Route 18
Albion, Pa. 16475

Date: 5|9|2025

8.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

S.C.I ALBION IN ALBION, PA.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? BOTH

9

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? I FILED THE INITIAL GRIEVANCE & THE FACILITY MANAGER GRIEVANCE HERE AT S.C.I ALBION, AND I FILED THE FINAL GRIEVANCE AT: Pa. D.O.C. OFFICE OF GRIEVANCE, 1920 TECHNOLOGY PARKWAY, MECHANICSBURG, PA. 17050

2. What did you claim in your grievance? THE GRIEVANCE REGARDING CLAIM 1. WITH DR. BAIRD STATED THE RECOMMENDATION FOR ME TO SEE NEUROSURGERY WAS IGNORED BY DR. BAIRD DUE TO DR. BAIRD NOT REQUESTING/PLACING A CONSULT IN FOR ME TO SEE NEUROSURGERY. REGARDING CLAIM 2. THE GRIEVANCE STATES NURSE ROSSMAN IGNORED MY COMPLAINTS OF PAIN, TIGHTNESS & STIFFNESS.

3. What was the result, if any? I REQUESTED IN GRIEVANCE REGARDING CLAIMS AGAINST DR. BAIRD THAT I BE IMMEDIATELY SCHEDULED FOR NEUROSURGERY WHICH RESULTED IN BEING DENIED. IN THE GRIEVANCE REGARDING CLAIM AGAINST NURSE ROSSMAN, I REQUESTED TO RECEIVE MEDICATION TO HELP RELIEF THE PAIN IN MY LOWER BACK, WHICH ALSO RESULTED IN BEING DENIED.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
PLUMMER EXHAUSTED THE GRIEVANCE PROCESS

10.

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

N/A

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

11.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  William Plummer
   Defendant(s)  DR. MAXA, et.al.

2. Court *(if federal court, name the district; if state court, name the county and State)*
   U.S. DISTRICT COURT - WESTERN DISTRICT

3. Docket or index number
   1:22-cv-39

4. Name of Judge assigned to your case
   Susan Baxter

5. Approximate date of filing lawsuit
   1-17-2022

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition.  3-17-2023

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*  THE DEFENDANTS MOTION WAS GRANTED, PLUMMER APPEALED TO NO AVAIL.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

12.

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) William Plummer
   Defendant(s) Dr. Dancha, et, al.

2. Court *(if federal court, name the district; if state court, name the county and State)*
   U.S. District Court, Middle District of Pa.

3. Docket or index number
   1:23-cv-00892

4. Name of Judge assigned to your case
   Judge Jennifer P. Wilson

5. Approximate date of filing lawsuit
   May 2023

6. Is the case still pending?
   ☑ Yes
   ☐ No
   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   CASE IS STILL PENDING

13.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-9-2025

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: William Plummer
Prison Identification #: LZ 2255
Prison Address: 10745 Route 18
Albion, PA 16475
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

14.

B. Findings and Recommendations (to be completed by Consultant and returned with the officer to the facility)    BAIRD

**Subjective:**

Pt continues to report no s/sx Δ's or improvement

**Objective:**

- ↓ mobility / strength / stability
- PT instructed in continued hm x as tol

**Assessment:**

No Δ or improvement
Ataxic gait. Diff walking
Previous MRI reveals nerve root compression

**Plan:**

DC @ this time
Recommend Neuro-surg

_signature_, DPT                                                 10-30-24
Signature of Consultant                                           Date/Time

Louis J. Infrate

Commonwealth of Pennsylvania          Inmate Name: PLUMMER, WILLIAM
Department of Corrections             Inmate Number: LZ2255
Consultation Record
DC-441                                    DOB: 10/14/1980   HT:        WT: 173 lbs

Revised 10/2015                        Facility: SCI ALBION

APPENDIX (A)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

William Plummer
PRO SE PLAINTIFF

vs.                                   No. _____

DR. LISA BAIRD, NURSE ROSSMAN

## UNSWORN DECLARATION

I, William Plummer , proceeding *pro se* in the above-captioned matter, do hereby aver and declare that the facts set forth in the foregoing document are true and correct to the best of my knowledge, information and belief, and I so aver and declare pursuant to 28 U.S.C. § 1746, relating to unsworn declarations under penalty of perjury.

Date: 5/9/2025

Sign name: _William P_____
Print name: William Plummer
D.O.C.#    LZ 2255

SCI-Albion
10745 Route 18
Albion, PA 16475-0002

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

William Plummer

vs.

No. 1:25-CV-127

DR. BAIRD, ET, AL.

## CERTIFICATE OF SERVICE

I, William Plummer, hereby certify that I am, on this date, causing a copy of the foregoing document to be served upon the persons and in the manner indicated below.

Service via First Class U.S. Mail, postage pre-paid, addressed to:

United States District Court
Clerk of Court
17 South Park Row
Erie, PA. 16501

Date: 5/9/2025

Sign name: [signature]
Print name: William Plummer
D.O.C.# LZ 2255

SCI-Albion
10745 Route 18
Albion, PA 16475-0002