**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM PLUMMER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:25-cv-127** |
| **v.** | ) | |
| | ) | |
| **LISA BAIRD, DOCTOR and ROSSMAN, NURSE,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM ORDER**

Plaintiff William Plummer, an inmate at the State Correctional Institution in Albion ("SCI- Albion"), initiated this *pro se* Section 1983 lawsuit[1] against Dr. Lisa Baird and CRNP Natalie Rossman, both of whom provided medical services to inmates at SCI-Albion during times relevant to this civil action. In his complaint, Plaintiff alleges that the Defendants were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. Specifically, Plaintiff faults Dr. Baird for deciding, on November 21, 2024, to defer a neurosurgical consult that had been recommended by the prison's physical therapist. Plaintiff faults CRNP Rossman for failing to prescribe or adjust his pain medications on December 17, 2024, despite his reported complaints of severe chronic lower back pain.

The case was referred to Chief United States Magistrate Richard A. Lanzillo for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and the Local Rules for Magistrate Judges.

[1] *See* 42 U.S.C. §1983.

On February 19, 2026, Defendants filed a motion for summary judgment relative to Plaintiff's Eighth Amendment claims. *See* ECF No. 30. The motion has been fully briefed and is ripe for resolution. *See* ECF Nos. 31, 32, 48, 49, 50.

On August 7, 2026, Judge Lanzillo issued a Report and Recommendation ("R&R") in which he opined that Defendants' motion for summary judgment should be granted. Upon a review of the evidentiary record, Judge Lanzillo concluded that the evidence could not support a reasonable finding of deliberate indifference on the part of either Defendant.

Plaintiff's objections to the R&R were due to be filed on or before August 24, 2026. Upon Plaintiff's request, that deadline was later extended to September 15, 2026. *See* ECF No. 54. To date, no objections have been filed.

Accordingly, after *de novo* review of the documents in the case, including the complaint, the Defendants' motion for summary judgment, all filings related thereto, and the Chief Magistrate Judge's Report and Recommendation,

IT IS ORDERED, this 21st day of September 2026, that the Defendants' motion for summary judgment, ECF No. [30], is GRANTED as to Plaintiff's Eighth Amendment claims against the Defendants.

IT IS FURTHER ORDERED that the Report and Recommendation issued by Chief U.S. Magistrate Judge Lanzillo on August 7, 2026, ECF No. [52], is adopted as the opinion of this Court.

There being no additional claims pending before the Court in this civil action, the Clerk is directed to mark this case "CLOSED."

Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge